■ M. Carl Levine et al. v Lumbermen's Mutual Casualty Company.—Motion granted only to the extent of deleting the last sentence of the decretal paragraph of this court's memorandum decision issued on February 28, 1989 [147 AD2d 423], which directed settlement of an order, and striking the words "[s]ettle order" appearing at the end of said memorandum decision, and it is hereby ordered that the costs of the settlement shall be borne only by the insurance companies and not also by plaintiff law firm and the matter is remanded to the Supreme Court for a determination of each insurance company's pro rata share of the settlement and counsel fees. Concur —Kupferman, J. P., Carro, Milonas, Rosenberger and Smith, JJ.

■ In the Matter of Lionel Wernick, a Suspended Attorney. —Application for reinstatement referred to the Departmental Disciplinary Committee for the First Judicial Department to hear and report, and suspension continued pending receipt of said report and the further order of this court. Concur— Murphy, P. J., Rosenberger, Ellerin, Wallach and Smith, JJ.

(April 24, 1989)

■ In the Matter of Julia A. Miranti, Petitioner, v Walter M. Schackman, Respondent.—Application for a writ of mandamus unanimously denied, the petition dismissed, and the application for leave to file a memorandum of law, *amici curiae,* denied, all without costs and without disbursements. No opinion.—Concur Sullivan, J. P., Asch, Rosenberger, Wallach and Rubin, JJ.